**Electronically Filed
Supreme Court
SCWC-11-0000472
13-MAR-2013
09:13 AM**

SCWC-11-0000472

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

JOHN EMERY KNIGHT, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000472; S.P.P. NO. 10-1-0052; CR. NO. 91-2108)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama and McKenna, JJ.,
Circuit Judge Nishimura, in place of Acoba, J., recused,
and Circuit Judge To'oto'o, in place of Pollack, J., recused)

Petitioner/Petitioner-Appellant John Emery Knight's application for writ of certiorari filed on January 28, 2013, is hereby rejected.

DATED:  Honolulu, Hawai'i, March 13, 2013.

| | |
|---|---|
| John Emery Knight, in pro se on the application | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Lisa M. Itomura for respondent | /s/ Sabrina S. McKenna |
| | /s/ Rhonda A. Nishimura |
| | /s/ Fa'auuga To'oto'o |

